IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL PULIS
    Plaintiff,                                                   Case No: 2:05-cv-2088 LKK CMK

vs.

JO ANNE BARNHART,
    Defendant                                                   ORDER

    Pursuant to the stipulation of the parties, electronically filed, February 21, 2006, showing good cause for a requested first extension of Plaintiff's time to file Motion for summary Judgment or Remand on the Pleadings , the request is hereby APPROVED.

    Plaintiff shall file his Motion on or before April 14, 2006.

February 22, 2006

                                        /s/   **CRAIG M. KELLISON**
                                        Craig M. Kellison
                                        UNITED STATES MAGISTRATE JUDGE