BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PULIS,<br><br>         Plaintiff,<br><br>     vs.<br><br>Jo Anne B. Barnhart,<br><br>Commissioner of Social Security,<br><br>         Defendant | CASE NO.: 2:05-CV-02088- LKK-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND /OR REMAND** |

**OLSON HAGEL & FISHBURN LLP**

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that the Plaintiff's time to file motion for summary judgment and/ or remand in the above-captioned case is hereby extended from the present due date of May 15, 2006, by thirty days, to the new response date of June 14,2006. The extension is requested because the Plaintiff has determined that a further review of this case is necessary.

This is the second extension requested regarding the Plaintiff's motion for summary judgment and/or remand.

The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plaintiff's case file, and hereby authorizes

counsel for Plaintiff to file this document in .pdf format under the latter's Electronic Case filing password, pursuant to Local Rule 7-131.

Dated: May 9, 2006 Respectfully submitted,

OLSON, HAGEL & FISHBURN LLP[1]

By: /s/_____
BRUCE J. HAGEL, ESQ.
Attorney for Plaintiff

Dated: May 10, 2006 McGREGOR W. SCOTT

United States Attorney [2]

By: /s/_____
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

---

[1] Authorization to provide electronic signature obtained on May 9, 2006. Local Rule 7-131. Original signature on file at the office of Olson, Hagel, Fishburn, LLP.

[2] Authorization to provide electronic signature obtained on May 10, 2006. Local Rule 7-131. Facsimile of original signature on file at the office of Olson, Hagel, Fishburn, LLP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PULIS,<br>   Plaintiff,<br> vs.<br>Jo Anne B. Barnhart,<br>Commissioner of Social Security ,<br>   Defendant | CASE NO.: 2:05-CV-02088- LKK-GGH<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT OR REMAND ON THE PLEADINGS |

 Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time, filed on May 9, 2006.

 On October 21, 2005, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on January 30, 2006.  Plaintiff now seeks an second extension of time to June 14, 2006, to file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the

court' scheduling order within the time provided in this order may result in dismissal of this

action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by June 14, 2006.


May 30, 2006


/s/   **CRAIG M. KELLISON**

Craig M. Kellison

UNITED STATES MAGISTRATE JUDGE