BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
RICHARD C. MIADICH [SBN 224873]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PULIS,<br><br>     Plaintiff,<br><br>  vs.<br><br>Jo Anne B. Barnhart,<br><br>Commissioner of Social Security ,<br><br>     Defendant | CASE NO.: 2:05-CV-02088-LKK CMK<br><br>STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND TO REQUEST ORAL ARGUMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that the Plaintiff's time to file memorandum in opposition to defendant's cross-motion for summary judgment and to request oral argument in the above-captioned case is hereby extended from the present due date of August 3, 2006, by twenty days, to the new response date of August 23, 2006. The extension is requested because the Plaintiff has determined that a further review of this case is necessary.

This is the first extension requested regarding the Plaintiff's memorandum in opposition to defendant's cross-motion for summary judgment and to request oral argument.

The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plaintiff's case file, and hereby authorizes

counsel for Plaintiff to file this document in .pdf format under the latter's Electronic Case filing password, pursuant to Local Rule 7-131.

Dated: July 20, 2006                                          Respectfully submitted,

                                                              OLSON, HAGEL & FISHBURN LLP[1]


                                                              By: /s/ Richard C. Miadich_____
                                                              RICHARD C. MIADICH, ESQ.
                                                              Attorney for Plaintiff




Dated: July 24, 2006                                          McGREGOR W. SCOTT
                                                              United States Attorney                    [2]

                                                              By: /s/ Bobbie J. Montoya_____
                                                              BOBBIE J. MONTOYA
                                                              Assistant U.S. Attorney
                                                              Attorneys for Defendant

OLSON HAGEL & FISHBURN LLP

---

[1] Authorization to provide electronic signature obtained on July 20, 2006.  Local Rule 7-131.  Original signature on file at the office of Olson, Hagel, Fishburn, LLP.

[2] Authorization to provide electronic signature obtained on July 24, 2006.  Local Rule 7-131.  Facsimile of original signature on file at the office of Olson, Hagel, Fishburn, LLP.

Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PULIS,<br><br>      Plaintiff,<br><br>vs.<br><br>Jo Anne B. Barnhart,<br><br>Commissioner of Social Security,<br><br>      Defendant | CASE NO.: 2:05-CV-02088- LKK-GGH<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND TO REQUEST ORAL ARGUMENT |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time (doc. 37.), filed on July 25, 2006.

On October 21, 2005, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on January 30, 2006.  Plaintiff now seeks a first extension of time to August 23, 2006, to file a memorandum in opposition to defendant's cross-motion for summary judgment and to request oral argument.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive memorandum by August 23, 2006.

DATED: July 26, 2006.

_____

**CRAIG M. KELLISON**

UNITED STATES MAGISTRATE JUDGE

OLSON HAGEL & FISHBURN LLP