IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL L. PULIS,

      Plaintiff,             No. CIV S-05-2088 LKK CMK

      vs.

JO ANNE B. BARNHART,            <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

      In light of the objections filed by plaintiff on January 24, 2007, the court vacates its January 19, 2007 findings and recommendations (doc. 42).

      IT IS SO ORDERED.

DATED: January 26, 2007.

                                                **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE