IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL L. PULIS,

        Plaintiff,                              Case No.  CIV-S-05-2088 LKK CMK

    vs.

MICHAEL J. ASTRUE,                     ORDER
Commissioner of Social Security,

        Defendant.

_____/

        On January 31, 2007, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days.  Defendant Commissioner filed objections on February 16, 2007 .

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS ORDERED that:

1. The amended findings and recommendations filed January 31, 2007 are adopted;

2. Plaintiff's motion for summary judgment is denied;

3. Defendant's motion for summary judgment is denied;

4. This matter is remanded under sentence four of 42 U.S.C. § 405(g) for further findings addressing whether plaintiff's alcohol abuse was material to his mental limitations.

DATED: March 23, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT