1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JEAN M. TURK, CSB NO. 131517
4  Special Assistant United States Attorney
   333 Market Street, Suite 1500
5  San Francisco, California 94105
   Telephone: (415) 977-8943
6  Facsimile: (415) 744-0134
   E-mail:Jean.Turk@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
   DARRYL L. PULIS,
11                                      NO. 2:05-cv-02088 LKK CMK
                Plaintiff
12                                      STIPULATION FOR THE AWARD
        v.                              AND PAYMENT OF ATTORNEY FEES
13                                      UNDER THE EQUAL ACCESS TO
   MICHAEL J. ASTRUE,                   JUSTICE ACT (28 U.S.C. § 2412(d))
14 Commissioner of Social Security,[1]  AND ORDER

                Defendant,
15

16

17      TO THE HONORABLE LAWRENCE K. KARLTON, JUDGE OF THE DISTRICT

18 COURT:

19      IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

21 Equal Access to Justice Act (EAJA) in the amount of Four Thousand Five Hundred dollars and

22 no cents ($ 4,500.00). This amount represents compensation for all legal services rendered on

23 behalf of Plaintiff by her/her attorney in connection with this civil action for services performed

24 before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

25

26 _____

27   [1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security
   and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the Defendant in
28 this action. 42 U.S.C. § 405(g).

1  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
2  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
3  EAJA.  Payment of Four Thousand Five Hundred dollars and no cents ($ 4,500.00) shall
4  constitute a complete release from and bar to any and all claims Plaintiff may have relating to
5  EAJA fees and costs in connection with this action.  This award is without prejudice to the rights
6  of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to
7  the provisions of the EAJA.

Respectfully submitted,

Dated:  May 14, 2007

/s/  Bruce J. Hagel
(As authorized via facsimile on May 14, 2007)
Bruce J. Hagel
Attorney for Plaintiff

Dated:  May 14, 2007

MCGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jean M. Turk
JEAN M. TURK
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated:  June 12, 2007

THE HONORABLE LAWRENCE K. KARLTON
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28